# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0275
LT Case No. 1601855826

_____

RHEYA JACKSON,

Appellant,

v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

Appellee.

_____

Administrative appeal from the Department of Children and
Families.

Rheya Jackson, Jacksonville, pro se.

David G. Tucker, Regional Counsel, Northeast Region, of
Department of Children and Families, Jacksonville, for Appellee.

November 6, 2025

PER CURIAM.

AFFIRMED.

WALLIS, EDWARDS, and HARRIS, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____